IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **DERRIC SHERMAINE KITT,** )<br>　　Petitioner, )<br> )<br>v. )<br> )<br>**WARDEN, FCI TALLADEGA,** )<br>**TALLEDGA, ALABAMA,** )<br>　　Respondent. ) | **CRIMINAL ACTION: 1:21-00079-KD-N**<br>**CIVIL ACTION: 1:23-00251-KD-N** |

**ORDER**

After due and proper consideration of the issues raised, and a *de novo* determination of those portions of the recommendation to which objection is made, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(l) and dated July 11, 2023, is **ADOPTED** as the opinion of this Court. Accordingly, it is **ORDERED** that Petitioner Kitt's "Motion Pursuant to § 2255(f) Vacate or Correct Sentence" (Doc. 833), construed as a petition for a writ of habeas corpus under 28 U.S.C. § 2241, is **DISMISSED** without prejudice for lack of jurisdiction. It is further **ORDERED** that final judgment shall be entered in favor of the Respondent by separate document under Federal Rule of Civil Procedure Rule 58, and that any appeal by Petitioner Kitt of the dismissal of his petition would be without merit and therefore not taken in good faith such that he is not entitled to appeal *in forma pauperis*.

**DONE** and **ORDERED** this the **31st** day of **July 2023.**

　　　　　　　　　　　　　　　　　　/s/ Kristi K. DuBose
　　　　　　　　　　　　　　　　　　**KRISTI K. DuBOSE**
　　　　　　　　　　　　　　　　　　**UNITED STATES DISTRICT JUDGE**